**Sharonrose Cannistraci, CSBN 121827**
**CANNISTRACI LAW FIRM**
16450 Los Gatos Blvd. Suite 110
Los Gatos, CA 95032
Phone: (408) 335.7368
Fax: (408) 402.8362
Email: sharonrose@cannistracilaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRISTELA GOMEZ, an individual, and JESUS GOMEZ, an individual<br><br>　　　　Plaintiffs,<br>vs.<br><br>CITY OF SAN JOSE, a municipality; SAN JOSE POLICE DEPARTMENT, a department of a municipality; OFFICER FUKUMA, an individual; OFFICER SANTOS, an individual; OFFICER KRAUSS, an individual; SGT. MARFIA, an individual, and DOES 1-60.<br><br>　　　　Defendants. | Case No. C10-04820 LHK<br><br>**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br>**[L.R. 16-2(d) and L.R. 6-3]**<br><br>**CMC Date: February 16, 2011**<br>**Time: 2:00 p.m.**<br>**Rm 4**<br>**Honorable Lucy H. Koh** |

Pursuant to Local Rule 16-2(d), and for the reasons stated in Plaintiff's REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES and GOOD CAUSE APPEARING THEREFORE, the court continues the currently scheduled case management conference and related deadlines as follows:

| | |
|---|---|
| 1. Last day to meet and confer re : initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | March 09, 2011 |
| 2. Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per | March 23, 2011 |

ORDER to Continue CMC and Related Deadlines　　　1

| | |
|---|---|
| attached Standing Order re Contents of Joint Case Management Statement | |
| 3. Case Management Hearing in Courtroom 4, 5th Floor @ 2:00 p.m. | March 30, 2011 |

Dated: __January 21,____, 2011

_____
District Judge Lucy H. Koh

** END OF ORDER **

ORDER to Continue CMC and Related Deadlines        2