UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CRISTELA GOMEZ, an individual, and JESUS GOMEZ, an individual, | ) ) ) | Case No.: 10-CV-04820-LHK |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER VACATING PRETRIAL CONFERENCE AND JURY TRIAL DATE |
| CITY OF SAN JOSE, | ) ) | |
| Defendant. | ) ) ) | |

The Court received notice on October 6, 2011, that the parties have conditionally settled the case subject to Defendant's approval of the settlement at a hearing. ECF No. 24. The parties anticipate that the hearing will not occur until November 2011, and that the parties will then file a stipulation of dismissal in or about December 2011. Accordingly, the pretrial conference set for November 30, 2011, and 5-day jury trial set to begin December 12, 2011, are hereby VACATED. The case management conference scheduled for October 20, 2011, at 1:30 p.m., is continued to December 14, 2011. If the parties file a stipulation of dismissal by 5:00 p.m. on December 7, 2011, the case management conference will be VACATED. If the parties are unable to file a stipulation of dismissal at that time, they shall file a joint case management statement and attend the December 14, 2011 case management conference. The Court will set a new pretrial conference and jury trial date.

**IT IS SO ORDERED.**

Dated: October 7, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 10-CV-04820-LHK
ORDER VACATING PRETRIAL CONFERENCE AND JURY TRIAL DATE